ANNETTE B. W. WETMORE (now ANNETTE B. MARKOE), Respondent, *v.* WILLIAM B. WETMORE, Appellant.

*Wetmore* v. *Wetmore*, 72 App. Div. 620, appeal dismissed.
(Argued June 11, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1902, which affirmed an order of Special Term denying a motion for an injunction to restrain the plaintiff from issuing execution upon the judgment in this action.

*Thomas P. Wickes* for appellant.

*Flamen B. Candler* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.